METROPOLITAN ST. RY. CO. v. DAVIS.

(Circuit Court of Appeals, Second Circuit. December 13, 1901.)

No. 66.

APPEAL—REVIEW—DISCRETIONARY RULINGS.

The action of a trial court in denying a motion to open a default is not subject to review unless an abuse of discretion is clearly shown.

In Error to the Circuit Court of the United States for the Southern District of New York.

On Application to Review Order Denying Motion to Open Default.

· Theodore H. Lark, for plaintiff in error.

Geo. C. Bodine, for defendant in error.

Before WALLACE, Circuit Judge, and TOWNSEND, District Judge.

PER CURIAM. Affirmed in open court on authority of Means v. Bank, 146 U. S. 620, 13 Sup. Ct. 186, 36 L. Ed. 1107; Isaacs v. U. S., 159 U. S. 487, 16 Sup. Ct. 51, 40 L. Ed. 229; Goldsby v. U. S., 160 U. S. 70, 16 Sup. Ct. 216, 40 L. Ed. 343.